UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Dorothy Shannon Johnson            CASE NO.: 14-81214

**THIRD MODIFIED CHAPTER 13 PLAN**
**ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED**

**I.** Debtor proposes to pay by payroll deduction into the Chapter 13 Plan total payments of $12,080 in the first seventeen (17) months, then monthly payments of $0 (beginning May, 2016) for three (3) months, then monthly payments of $825 (beginning August, 2016) for forty (40) months, for a total of sixty (60) months. Debtor will be out of work for approximately three (3) months for medical reasons.

**II.** Claims to be paid directly by debtor.      **Estimated Balance Due**      **Monthly Payment**
**Rushmore Loan Management Services**      $67,555.00      $558.73
collateral - 1st Mortgage House and 1 lot located at
222 Hampton St., Natchitoches, LA

**Shellpoint**      $16,619.00      $193.00
collateral - 2nd Mortgage House and 1 lot located at
222 Hampton St., Natchitoches, LA

**III.** Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $3,683, plus $500 for this modification. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

**1. Real Property:**

Rushmore Loan Management Services: collateral - 1st Mortgage on house & lot; pre-petition arrears in the amount of $16,603.59. As adequate protection, Rushmore shall be paid $25 per month until the debtor's attorney fees are paid in full.

Shellpoint: collateral - 2nd Mortgage on house & lot; pre-petition arrears in the amount of $13,515.25. As adequate protection, Shellpoint shall be paid $25 per month until the debtor's attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

Internal Revenue Service      $5,403.63
Louisiana Department of Revenue      $ 886.26

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 20th day of April, 2016.

**McBride Law Firm**

    /s/Thomas C. McBride
By: Thomas C. McBride (#09210)
    Kathryn A. Wiley (#33672)
    Thomas C. McBride, LLC
    McBride Law Firm
    301 Jackson Street, Suite 101
    Alexandria, LA 71301
    Telephone (318) 445-8800
    Facsimile (318) 445-8066