**SO ORDERED.**

**SIGNED September 15, 2016.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| IN RE: | DOROTHY SHANNON JOHNSON | CASE NO. 14-81214 |
|---|---|---|
| | DEBTOR | CHAPTER 13 |

**CONSENT ORDER**

This case was scheduled for hearing on September 15, 2016 on the motion SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust ("SN Servicing Corporation"), for relief from the automatic stay. The stay is modified by the terms of this Order. As of the hearing date, the post-petition delinquency is itemized as follows:

| | | |
|---|---|---|
| 1. | 19 Post-Petition Installments of $558.73 each due for March 1, 2015 to September 1, 2016 …..……………………….  | $10,615.87 |
| 2. | Attorney Fee ……………………………………………………… | 450.00 |
| 3. | Court Cost ……………………………………………………..…. | 176.00 |
| | TOTAL | **$11,241.87** |

IT IS ORDERED that the Debtor shall file a plan modification within fifteen (15) days from the entry of this Order to cure the post-petition delinquency of $11,241.87 through the Trustee over the remaining term of the plan and that upon confirmation of the modification, the Trustee shall schedule the post-petition amount of $11,241.87 to be paid to SN Servicing Corporation.  Should Debtor fail to file a plan modification within fifteen (15) days from the entry of this Order to cure the post-petition delinquency, then said event will constitute a default of this Order, and the Court shall lift the stay upon the presentation of an Affidavit of Default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that the Debtor shall pay the ongoing post-petition payments timely as they come due directly to SN Servicing Corporation commencing with the October 1, 2016 payment.  Should SN Servicing Corporation not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtor and Debtor's counsel with notice of default and ten (10) days right to cure.  Should the default not be cured within the ten (10) days, the Court shall lift the stay upon the presentation of an Affidavit of Default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that should this case be converted to any other Chapter of the Bankruptcy Code, this Order shall survive conversion.

### 

| Submitted by: | READ and AGREED: |
|---|---|
| /s/Tabitha Mangano | /s/Kathryn A. Wiley |
| Tabitha Mangano (No. 32569) | Thomas C. McBride (No. 9210) |
| Cris R. Jackson (No. 20876) | Kathryn A. Wiley (No. 33672) |
| JACKSON & McPHERSON, L.L.C. | Attorneys for Debtor |
| 1010 Common Street | 301 Jackson Street, Suite 101 |
| Suite 1800 | Alexandria, LA 71301 |
| New Orleans, Louisiana 70112 | 318-445-8800 |